UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN K. WILSON,<br>Plaintiff,<br><br>v.<br><br>DATARAY, INCORPORATED, STEVEN E. GARVEY, JOY E. GARVEY, KEVIN E. GARVEY, MELINDA M.G. DRAGONE, and NATALIA G. TJANDRA,<br><br>Defendants. | :<br>:<br>:<br>:<br>:  CIVIL ACTION NO.: 17-1838<br>:<br>:<br>:<br>:<br>:<br>: |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF

## WAGE AND HOUR CLAIMS

For the reasons set forth in the accompanying Memorandum of Law and the Declaration of Hugh Murray, Plaintiff and Defendants, by their undersigned attorneys, hereby move the Court for an Order approving the parties' settlement of wage and hour claims.

The parties respectfully submit a Proposed Order, attached as Exhibit 1 to the Murray Declaration, for the Court's convenience.

Dated: August 29, 2018

Respectfully submitted,

/s/ *Hugh Murray*
**Hugh Murray, Esq.**
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-6753
hmurray@mccarter.com
*Attorney for Plaintiff*

**Craig Bonnist, Esq.**

1

ME1 27932192v.1

McCarter & English, LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
Telephone: (203) 299-5919
cbonnist@mccarter.com
*Attorney for Plaintiff*

**Hugh Cuthbertson, Esq.**
Zangari Cohn Cuthbertson Duhl & Frello P.C.
59 Elm Street, Suite 400
New Haven, CT 06510
(203) 786-3710
hcuthbertson@zcclawfirm.com
*Attorney for Defendants*

**Mark Vegh, Esq.**
Wells Small Fleharty & Weil Attorneys at Law
P.O. Box 991828
292 Hemsted Drive
Redding, CA 96099
(530) 223 – 1800
mvegh@wsfwlaw.com
*Attorney for Defendants*

ME1 27932192v.1